IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DOUGLAS E. GRAY<br>    TDCJ-CID #586172 | §<br>§<br>§ | |
| VS. | § | C.A. NO. C-05-428 |
| | § | |
| PADDY BURWELL, ET AL. | § | |

### FINAL JUDGMENT

A final judgment of dismissal without prejudice is entered.

ORDERED this 2nd day of March, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE